AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| George Cleveland, III<br>*Plaintiff*<br>v.<br>Warden Larry Cartledge, Officer I. Mayes, et al<br>*Defendant* | Civil Action No.  4:15-cv-4512-RBH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is hereby dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, United States Magistrate Judge.

Date:  May 23, 2016                                        *CLERK OF COURT*

                                                           s/Debbie Stokes

                                                           *Signature of Clerk or Deputy Clerk*